UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80532-CIV-ZLOCH

MARK FINKELSTEIN,

      Plaintiff,           **FINAL ORDER OF DISMISSAL**

vs.

STEWART TITLE COMPANY,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation For Voluntary Dismissal With Prejudice (DE 16) filed herein by both Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation For Voluntary Dismissal With Prejudice (DE 16) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of July, 2016.

                                                           */s/ William J. Zloch*
                                                      WILLIAM J. ZLOCH
                                                      United States District Judge

Copies furnished:

All Counsel of Record